■ ROLF TOPIK v JOE SALZBURG—Motion to dismiss appeal granted with $20 costs unless appellant perfects the appeal for the September, 1979 Term. This court, *sua sponte,* deems the appeal to be an appeal from the subsequent judgment entered March 13, 1979 in which the order was subsumed. *(Chase Manhattan Bank, Nat. Assn. v Roberts & Roberts,* 63 AD2d 566; *National Bank of North Amer. v Kory,* 63 AD2d 579.)* Concur—Fein, J. P., Sullivan, Bloom, Lane and Lupiano, JJ.

## (May 24, 1979)

■ DISCOUNT BROKERAGE CORPORATION, Appellant, v SUCCESS SECURITIES, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on February 28, 1979, unanimously affirmed on the opinion of I. Smith, J., at Special Term. Respondents shall recover of appellant $50 costs and disbursements of this appeal. Concur—Murphy, P. J., Sandler, Lane, Silverman and Yesawich, JJ.

■ In the Matter of HYMAN KAUFMAN, as Executor of MEYER KAUFMAN, Deceased. HYMAN KAUFMAN, Respondent; JACOB KAUFMAN, Appellant, and LOUIS J. LEFKOWIZ, as Attorney-General of the State of New York, et al., Respondents.—Order, Surrogate's Court, Bronx County, entered on November 18, 1975, unanimously affirmed on the opinion of Gelfand, S. Respondents Hyman Kaufman and Esther Kaufman shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Sandler, Lane, Silverman and Yesawich, JJ.

■ In the Matter of EDITH L. BAHCELI, Appellant, v YASAR BAHCELI, Respondent.—Judgment, Supreme Court, New York County, entered on February 9, 1979, unanimously affirmed, without costs and without disbursements, on the opinion of F. Shea, J. Concur—Murphy, P. J., Sandler, Lane, Silverman and Yesawich, JJ.